**Exhibit A to the Complaint**

**Location:** Tampa, FL  
**Total Works Infringed:** 24  
**IP Address:** 47.199.242.127  
**ISP:** Frontier Communications

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: F079D269230D8FC61AFE8E4B75965FD17088D3F3<br>File Hash:<br>0F0903FFC4AC319A2E31799A78C03C8433FB3CB7FC32B887000803194A7DE328 | 09-15-2022<br>15:01:24 | Blacked | 08-27-2022 | 10-05-2022 | PA0002373768 |
| 2 | Info Hash: 514B51629D4D5819251EECE898BB86FD2D18E4B9<br>File Hash:<br>EBA6F057C933B2CF5D729A7D0880D9D6D29CE45CF238BE1195471BBBE2C20814 | 02-02-2022<br>07:16:07 | Blacked Raw | 01-31-2022 | 02-14-2022 | PA0002335501 |
| 3 | Info Hash: 27AE1E1034EA8BB067DFE05D0C8A6F35A4A4C51D<br>File Hash:<br>CDD56A4C5055860375D8539B9F2524A4013525256F75F6D3168EE368B7F65D3F | 01-31-2022<br>23:23:19 | Blacked | 01-29-2022 | 02-14-2022 | PA0002335485 |
| 4 | Info Hash: 70ECB51C4FADD0D244D1FE108746EE2264F69820<br>File Hash:<br>6DA9802200B869DE388100460A735DADC6965B379326EAABC4DAF374BBF33E96 | 01-27-2022<br>22:58:15 | Blacked Raw | 01-24-2022 | 02-14-2022 | PA0002335489 |
| 5 | Info Hash: 090E17DEA144E183C365B32787317CAD5B4EE7F2<br>File Hash:<br>F75DD1D09704CF916B138ACC1CD55B1D291C6CDD60E5D83419A74D61AF7978DB | 01-24-2022<br>23:08:53 | Blacked | 01-22-2022 | 02-14-2022 | PA0002335440 |
| 6 | Info Hash: A085B82D358EAD8FCE62902BBCF6032CB3D6B494<br>File Hash:<br>5EAE2433C94B1A694BAC5AC942AEC6F4DB4A3ECDCEEB62AC8631481C2F3AC33E | 01-14-2022<br>00:03:39 | Tushy | 01-09-2022 | 01-17-2022 | PA0002330112 |
| 7 | Info Hash: 6902DC672B3C032B826DC579A9CD497D8DC64E25<br>File Hash:<br>753E8924910F86A17C85115140D693CE2FD664EA1FF132F5554CA0CBB66FC0D2 | 01-12-2022<br>23:15:40 | Blacked Raw | 01-10-2022 | 02-14-2022 | PA0002335456 |
| 8 | Info Hash: A2B5718BB1CAA00D0D665075430789678C3137E5<br>File Hash:<br>C4491F8620011D39D4264B032B31E1E5B138812B6DFB79F78022EDB6FBDB50F9 | 01-05-2022<br>23:37:18 | Blacked Raw | 01-03-2022 | 01-17-2022 | PA0002330091 |
| 9 | Info Hash: 168D9A9501B1A21D1AEDC90AC621A9E304D01A72<br>File Hash:<br>FF30469F559BC9300043488BF579C6A0342F3DF72E7EBB7E18E2090920EA094F | 01-04-2022<br>02:28:27 | Tushy | 01-02-2022 | 01-17-2022 | PA0002330092 |
| 10 | Info Hash: 4942B26E65DF128854B844B35AB6AF20B3B289F2<br>File Hash:<br>CB10299C3EEC78FA0D9219A52B89DC3EEC9548B9EEF182D9A55A81F195FB17B4 | 12-28-2021<br>23:17:44 | Blacked Raw | 12-27-2021 | 01-17-2022 | PA0002330095 |
| 11 | Info Hash: 1798C2741436D0EF0A3A44D75E816B3FDC2FC368<br>File Hash:<br>F5CD6B191A1A2DA17E59180FE67B57A65D987F2E8D46ABD9A7CBD0970C2688CF | 12-28-2021<br>22:56:45 | Tushy | 12-26-2021 | 02-03-2022 | PA0002341847 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 5DAC4AD0ACDE6DE76F2ECB3D6B40F615984D1643<br>File Hash: 3C36AED1205981717F56BEDC1871A31D650DCB9E3DD3824CDE9852D18350235D | 12-26-2021 20:50:52 | Blacked | 12-25-2021 | 01-17-2022 | PA0002330103 |
| 13 | Info Hash: C42EE371002AEEA77C5452EDB31E0132A3D47B6E<br>File Hash: 8F86F2EA5E22176E3351BBF65BE24B9C737E9DF52772F1B0CFF2916A66F40C20 | 12-16-2021 08:28:02 | Blacked Raw | 12-13-2021 | 01-17-2022 | PA0002330111 |
| 14 | Info Hash: BCBD8FAF1DB6CBFA47BF0C1255C8AC1654C2ECAA<br>File Hash: DC9C7AF7C5D6B7CB9A62E46C3E775F52B2D54577D11AEF7850CB200CF1E443CB | 12-08-2021 23:22:22 | Blacked | 12-04-2021 | 12-09-2021 | PA0002325833 |
| 15 | Info Hash: 4665C82DE8A7CA83557C6C9FAAC5C3FB08A40868<br>File Hash: 28206F8C2A899D1A14BD86A5AD73A826ECD1BEE8CB59FB97471588DD54FAB5BF | 12-08-2021 23:14:37 | Blacked Raw | 12-06-2021 | 12-13-2021 | PA0002325836 |
| 16 | Info Hash: 0D3F517CA16BF1C1F7141865E845817191E1D2D8<br>File Hash: FCD85BD0EFD258A07B81E46FFD228C7CC36DF7C5CDCB1560FA70BCB1B4AD805C | 12-01-2021 23:47:08 | Blacked Raw | 11-29-2021 | 02-03-2022 | PA0002341803 |
| 17 | Info Hash: F384E970AC450A02931E74335A99876DCA5AFBFF<br>File Hash: 201D0FF4E41487C0C1B7C759ED7237173F0D4D0F56007F7D5EC7FE0E6CB68A0A | 11-24-2021 22:07:32 | Blacked Raw | 11-22-2021 | 12-09-2021 | PA0002325831 |
| 18 | Info Hash: 0E4CACEDCCDF0CEAF44A2BE0EC857587D35EA57A<br>File Hash: CE825ED8394023946EA5073AD8CD9A7095F4B9B6F597C02D4CB498375948662B | 11-23-2021 08:55:16 | Blacked | 11-20-2021 | 12-09-2021 | PA0002325817 |
| 19 | Info Hash: C50A97142F035C9274F254D942B2345522D8160C<br>File Hash: E102DEE5B7978779E9BB196352C2916F671A0235B243982BBA8CA075337E7BCC | 11-16-2021 17:29:10 | Tushy | 11-14-2021 | 01-07-2022 | PA0002337916 |
| 20 | Info Hash: 91B29BF3F683996DF7397B4AA694BA747D373B34<br>File Hash: 06DA322EA1A0666FCE8D75171829A5B00CE802DB07C7D47B1CAB9AF52461A7B8 | 11-16-2021 01:59:39 | Blacked | 11-13-2021 | 12-09-2021 | PA0002325812 |
| 21 | Info Hash: 2369DA2EA39DD17E91F2F55D81946629A7872B9E<br>File Hash: DC064752573A2022E4D177464D8CF99257640F88BD2CF8277CA68C4479A71323 | 11-09-2021 06:33:38 | Blacked | 11-06-2021 | 11-11-2021 | PA0002321284 |
| 22 | Info Hash: 0B20D0F044F9E1FEDFD0715E8A9208D30590133E<br>File Hash: E57854D7F55E65BC990A4574B4F10BA1C21C57C434E79D9162DFA99C412CDC34 | 11-05-2021 12:47:44 | Blacked Raw | 11-01-2021 | 11-11-2021 | PA0002321320 |
| 23 | Info Hash: B5914DE7FC076F4B70CA7EC8D44009E18051C2FB<br>File Hash: 9E66B61434C8922F9832D50F9C49AB1E49F11C80E79615285C9C1216EAFACA90 | 11-03-2021 01:04:20 | Blacked | 10-30-2021 | 11-11-2021 | PA0002321300 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: E233BC9FC1BA4A03C9AF450702CC5EC291CD1D8A<br>File Hash:<br>00C6FB7C44F943D7BF80D83A82BAD7F4D3B74103305DA27FDB5E12C0923F5196 | 11-03-2021 01:03:41 | Tushy | 10-31-2021 | 01-07-2022 | PA0002337490 |