**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

**Case No. 8:22-cv-02338-KKM-TGW**

STRIKE 3 HOLDINGS, LLC, a limited liability
company,

      Plaintiff,

v.

JOHN DOE subscriber assigned IP address
47.199.242.127 an individual,

      Defendant.

_____

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings,

LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber

assigned IP address 47.199.242.127, are voluntarily dismissed with prejudice.

Dated: November 30, 2022          Respectfully submitted,

                            **MAMONE VILLALON**
                            *Attorneys for Plaintiff Strike 3 Holdings,*
                            *LLC*

                            By: _/s/ Tyler A. Mamone_
                            Tyler A. Mamone, Esq.
                            100 SE 2nd St. Suite 2000
                            Miami, FL 33131
                            tyler@mvlawpllc.com
                            Tel.: (786) 209-2379